[No. 13188–5–I. Division One. November 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH VERNON RAINE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03619–2, David C. Hunter, J., entered May 12, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 13632–1–I. Division One. November 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. HALFRED TYREE CATER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–01811–2, Herbert M. Stephens, J., entered June 29, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Williams and Scholfield, JJ.

[No. 13799–9–I. Division One. November 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT E. HOWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–1–00184–9, Jack S. Kurtz, J., entered September 29, 1983. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Scholfield, J.